IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

FILED
JUL 11 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06CR174-WKW |
| | ) | [17 USC 506(a)(1); |
| JANICE MOSES | ) | 18 USC 2319(a)&(b)(1)] |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

That on or about October 15, 2005, within the Middle District of Alabama,

JANICE MOSES,

defendant herein, did willfully and for purposes of commercial advantage and private financial gain, infringe the copyrights of various sound recordings or phonorecords, to-wit: compact disks containing unauthorized digital recordings of various musical artists, in that JANICE MOSES did reproduce or distribute approximately five hundred or more copies of various recordings or phonorecords with a total retail value of $2,500.00 or more, in a one hundred eighty (180) day period, without the authorization of the copyright holder, in violation of Title 17, United States Code, Sections 506(a)(1), and Title 18, United States Code, Section 2319(a) & (b)(1).

## COUNT 2

That on or about October 15, 2005, within the Middle District of Alabama,

JANICE MOSES,

defendant herein, did willfully and for purposes of commercial advantage and private financial gain, infringe the copyright of copyrighted works, to-wit: motion pictures, in that JANICE MOSES did reproduce or distribute approximately five hundred or more copies of various copyrighted works,

with a total retail value of $2,500.00 or more, in a one hundred eighty (180) day period, without the authorization of the copyright holder, in violation of Title 17, United States Code, Sections 506(a)(1) and Title 18, United States Code, Section 2319(a) & (b)(1).

          A TRUE BILL:

          *[signature]*
          Foreperson

*[signature]*
SUSAN R. REDMOND
Assistant United States Attorney

2