# COURTROOM DEPUTY MINUTES
## MIDDLE DISTRICT OF ALABAMA

DATE: 8-17-2006

DIGITAL RECORDING: 3:48-4:03 pm
4:04-4:13 pm

- [ ] INITIAL APPEARANCE
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [x] REMOVAL HEARING (R.40)
- [x] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: Boyd
DEPUTY CLERK: sq1

CASE NO.: 3:06CR174-WKW
DEFT. NAME: Janice MOSES

USA: Speirs
ATTY: Sam Walker
Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO; ( ) Stand In ONLY

USPTSO/USPO: Thweatt

Defendant ___ does ✓ does NOT need an interpreter

Interpreter present ✓ NO ___ YES NAME: ___

- ☒ kars. — Date of Arrest 8-17-06 or ☐ karsr40
- ☒ kia. — Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☒ kcnsl. — Deft. First Appearance with Counsel
- ☐ — Deft. First Appearance without Counsel
- ☒ — Requests appointed Counsel ☒ ORAL MOTION for Appointment of Counsel
- ☒ kfinaff. — Financial Affidavit executed ☐ to be obtained by PTSO
- ☒ koappted — ORAL ORDER appointing Community Defender Organization - **Notice to be filed.**
- ☐ k20appt. — Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐ — Deft. Advises he will retain counsel. Has retained ___
- ☐ — Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐ — Government's WRITTEN Motion for Detention Hrg. filed.
- ☐ kdmhrg. — **Detention Hearing** ☐ held; ☐ set for ___
- ☐ kotempdtn. — **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn. — **ORDER OF DETENTION PENDING TRIAL** entered
- ☒ kocondrls. — Release order entered. Deft. advised of conditions of release
- ☒ kbnd. — ☒ BOND EXECUTED (M/D AL charges) $25,000. Deft released (kloc LR)
- ☐ — ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☐ kloc.(LC) — Bond NOT executed. Deft to remain in Marshal's custody
- ☐ — Preliminary Hearing ☐ Set for ___
- ☐ ko. — Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl. — Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐ — Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- ☒ karr. — **ARRAIGNMENT SET FOR:** ___ ☒ HELD. Plea of **NOT GUILTY** entered.
- ☒ Set for 10-16-06 Trial Term; ☐ PRETRIAL CONFERENCE DATE: ___
- DISCOVERY DISCLOSURES DATE: 8-21-06
- ☐ krmknn. — NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg. — Identity/Removal Hearing set for ___
- ☐ kwvspt — **Waiver of Speedy Trial Act Rights Executed**