IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06cr174-WKW |
| | ) | |
| JANICE MOSES | ) | |

## UNITED STATES' NOTICE OF APPEARANCE

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, Verne H. Speirs, and enters his notice of appearance on behalf of the United States in the above-styled cause.

Respectfully submitted this the 28th day of August, 2006.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )    CR. NO. 3:06cr174-WKW |
| | ) |
| JANICE MOSES | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and served the same via hand delivery on pro se defendant: Christine Freeman, Esq.

    Respectfully submitted,

    /s/Verne H. Speirs
    VERNE H. SPEIRS
    One Court Square, Suite 201
    Montgomery, AL 36104
    Phone: (334)223-7280
    Fax: (334)223-7135
    E-mail: verne.speirs@usdoj.gov