IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

☐ Northern  ☐ Southern  ☑ Eastern

HON. Delores R. Boyd   AT Montgomery, Alabama

DATE COMMENCED 9-25-2006 @ 11:19 ☑ a.m. ☐ p.m

DATE COMPLETED 9-25-2006 @ 11:31 ☑ a.m. ☐ p.m

CASE NO. 3:06CR174-WKW

UNITED STATES OF AMERICA
Plaintiff(s)

vs.

JANICE MOSES
Defendant(s)

### APPEARANCES

Plaintiff(s)/Government

~~Susan Redmond~~ Speirs

Defendant(s)

Christine Freeman

### COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.
Crt Rptr: ___
Law Clerk: ___
Interpreter: ___
USPO/USPTS: ___
Other: ___

### PROCEEDINGS:

- ☐ Motion Hearing:
- ☐ Status Conference
- ☐ Revocation
- ☐ Settlement Conference
- ☐ Non-Jury Trial
- ☐ Other
- ☐ Oral Argument
- ☐ Scheduling Conf.
- ☐ Telephone Conf.
- ☐ Revocation/Prtrl/SupvRel/Prob
- ☐ Evidentiary Hrg.
- ☐ Show Cause
- ☐ Sentencing
- ☑ Pretrial Conference

Pending Motions: None
Discovery Status: Complete
Plea Status: ___
Trial Status/Length: 2 Days
Trial Term: 10-16-06