IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 3:06-CR-174-WKW |
| | ) |
| JANICE MOSES, | ) |

**AMENDMENT TO PRETRIAL CONFERENCE ORDER**

Due to a heavy court schedule and the federal holiday on October 9, 2006, it is hereby

ORDERED that the Pretrial Conference Order (Doc. #26) is amended to the extent that the deadline for filing proposed voir dire questions, all motions in limine and proposed jury instructions is **rescheduled** from October 10, 2006 to **Friday, October 6, 2006, by 5:00 p.m.**

Done this the 2nd day of October, 2006.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE