| COURTROOM DEPUTY'S MINUTES | DATE: 12/18/06 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 9:09 - 9:10 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE WALLACE CAPEL, JR.**   **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:**   3:06cr174-WKW   **DEFENDANT(S):** Janice Moses

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
|  | * |  |
|  | * |  |
| Verne Speirs | * | Christine Freeman |
|  | * |  |
|  | * |  |

☐ **DISCOVERY STATUS:**

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**   Plea to be scheduled for 12/22/06 @ 9:00 a.m.

☐ **TRIAL STATUS**

☐ **REMARKS:**