# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 3:06-CR-174-WKW** |
| ) | |
| **JANICE MOSES** ) | |

## NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW** the Defendant, **JANICE MOSES**, by and through undersigned counsel, Christine A. Freeman, and notifies the Court of her intent to change her previously entered plea of not guilty to guilty. The Defendant waives her right to plea in front of a district judge and consents to do so before a magistrate judge. Although there is no written plea agreement, it is Ms. Moses' understanding that the Government will agree to an open plea to Count 1 and dismissal of Count 2, and to full credit for acceptance of responsibility.

Dated this 19th day of December, 2006

Respectfully submitted;

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Verne Speirs, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                                                 **s/Christine A. Freeman**
                                                 **CHRISTINE A. FREEMAN**
                                                 **TN BAR NO.: 11892**
                                               Federal Defenders
                                               Middle District of Alabama
                                               201 Monroe Street, Suite 407
                                               Montgomery, AL 36104
                                               TEL:  (334) 834-2099
                                               FAX:  (334) 834-0353
                                               E-Mail: Christine_Freeman@fd.org