COURTROOM DEPUTY MINUTES    DATE: 12/22/06    DIGITAL RECORDING: 9:52 - 10:04

MIDDLE DISTRICT OF ALABAMA         COURT REPORTER:   Risa Entrekin

❏ARRAIGNMENT        xCHANGE OF PLEA        ❏CONSENT PLEA

❏RULE 44(c) HEARING        ❏SENTENCING

---

**PRESIDING MAG. JUDGE:** _WALLACE CAPEL, JR._        **DEPUTY CLERK:** _WANDA ROBINSON_

**CASE NUMBER:** _3:06cr174-WKW_        **DEFENDANT NAME:** _Janice Moses_

**AUSA:** _Verne Speirs_        **DEFENDANT ATTY:** _Christine A. Freeman_

Type Counsel:    ( ) Waived;  ( ) Retained;  ( ) Panel CJA;  (X) CDO

**USPO:** _Terrance Marshall_

De fendant _____ does _____x_____ does NOT need and interpreter.

Interpreter present? __x____ NO _____ YES    Name: _____

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**        ❏ Not Guilty                ❏Nol Contendere

❏Not Guilty by reason of insanity

x❏Guilty as to:

X-Count(s)_____1_____ of the Felony Indictment.

X-Count(s) _____2_____ ❏ dismissed on oral motion of USA;

x- to be dismissed at sentencing

**X — ORAL ORDER ADJUDICATING GUILT as to COUNT   1**

— Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.** X- No Plea

Agreement entered

— _____ Days to file pretrial motions.   ❏ _____ Trial date or term.

X — **ORDER:** Defendant Continued under x same bond ; ❏ Released on Bond & Conditions of Release

❏ summons; for:

❏ Trial on _____; X- Sentencing    X- to be set by Separate Order

— **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❏ Posting a $_____ Bond;

❏ Trial on _____; or ❏ Sentencing on _____ ❏ set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.