IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 06-cr-174-WKW |
| | ) | |
| JANICE MOSES | ) | |

**NOTICE OF FILING EXHIBITS IN SUPPORT OF SENTENCING POSITION**

The defendant, Janice Moses, gives notice of the filing of the following exhibits in support of her sentencing position:

**TABLE OF EXHIBITS**

**Exhibit Number**    **Exhibit Name**

Family Photographs

1.    Photograph of Ms. Moses at Age Nine;

2.    Photograph of Ms. Moses at Age Seventeen;

3.    Photograph of Ms. Moses' Daughter, Sheree Colson, at Three Months;

4.    Photograph of Ms. Moses with Her Daughter, Sheree Colson;

5.    Sheree Colson's Senior Year High School Portrait;

6.    Group Photograph of Sheree Colson with Ms. Moses Brothers and Grandmother;

7.    Photograph of Ms. Moses Stepdaughter, Mylaka Getter, at Age Seven;

8.    Photograph of Ms. Moses Step-daughter Namiya Getter, at Age Six;

9.          Group Photograph of Ms. Moses with Her Daughter, Mother, Grandmother, In-laws, and Friends;

Education and Employment History

10.         Photograph of Ms. Moses Graduating from Tri-county High School on June 5, 1987;

11.         Ms. Moses' High School Graduation Diploma;

12.         Ms. Moses' Employment Service Award from Tyson;

13.         Ms. Moses' Technical Certificate of Credit for Being a Certified Customer Service Specialist.

                        Respectfully submitted,

                         s/Christine Freeman
                        **CHRISTINE A. FREEMAN**
                        TN BAR NO.: 11892
                        Attorney for Janice Moses
                        Federal Defenders
                        Middle District of Alabama
                        201 Monroe Street, Suite 407
                        Montgomery, AL 36104
                        TEL:   (334) 834-2099
                        FAX:   (334) 834-0353
                        E-Mail: Christine_Freeman@fd.org

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO: 06-cr-174-WKW |
| ) | |
| JANICE MOSES ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Verne H. Speirs, Esq., Assistant United States Attorney, One Court Square, Montgomery, AL 36104.

s/Christine A. Freeman
CHRISTINE A. FREEMAN
TN BAR NO.: 11892
Attorney for Janice Moses
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org