# FAMILY PHOTOGRAPHS



Ms. Moses at age nine.



Ms. Moses at age seventeen.

EXHIBIT 2

Ms. Moses' daughter, Sheree Colson, at age three months.



EXHIBIT
3