

Ms. Moses and her daughter, Sheree, at age six, making Christmas cookies.

EXHIBIT 4



Ms. Moses' daughter, Sheree Colson's senior high school portrait.

EXHIBIT 5



Ms. Moses' daughter, Sheree Colson, with her uncles, James Kelley and Jimmy Kelley, and her grandmother, Earlstene Mahone, at Ms. Colson's high school graduation from Tri-County High School on May 21, 2004.