

Ms. Moses' step-daughter, Mylaka Getter, at age seven.



Ms. Moses' step-daughter, Namiya Getter, at age six.



Ms. Moses with her family. Pictured (from left to right): Ms. Moses' sister-in-law, Yvonne Kelley; mother, Bobbie June Colson; daughter, Sheree Colson; grandmother, Louise Mahone; Ms. Moses; family friend, Joanna Freeman; niece Tamara Kelley; family friend, Kim Walker (red shirt) and family friend Jasmine Freeman.