# EDUCATION AND EMPLOYMENT HISTORY



Ms. Moses is pictured at her high school graduation from Tri-County High School on June 5, 1987. Ms. Moses is the first female pictured.

# Tri-County High School

Buena Vista, Georgia



Janice Tamara Colzon

having completed in a satisfactory manner the regular Course of Study as prescribed for this High School is entitled to receive this

## Diploma

by authority of the Marion County Board of Education

Given this 5th day of June, 1987

Howard A. Shockley, Principal
Vernon L___, Superintendent of Marion County
___ Clemons, Chairman, Board of Education

DEFENDANT'S EXHIBIT 11