

Presented to

# Janice T. Colson

for

Five Years Service

April 13, 1998 to April 13, 2003

EXHIBIT 12

Employment Service Award presented to Ms. Moses on April 13, 2003.



**Ms. Moses' Certified Customer Service Specialist certificate, awarded to her on May 24, 2003.**

